IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00763-AP

Kenneth D. Barnes

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Ann J. Atkinson, Esq.
7960 South Ireland Way
Aurora, CO 80016
(303) 680-1881
(303) 680-7891 (fax)
AtkinsonAJ@aol.com

<u>For Defendant</u>:
Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  March 25, 2013

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  March 26, 2013

    **C.     Date Answer and Administrative Record Were Filed:**  May 28, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

**8.    BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

   A.   **Plaintiff's Opening Brief Due:**  July 29, 2013

   B.   **Defendant's Response Brief Due:**  August 28, 2013

   C.   **Plaintiff's Reply Brief (If Any) Due:**  September 12, 2013

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

   B.   **Defendant's Statement:**  Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   (X)   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 17<u>th</u> day of <u>June</u>, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

*s/Ann J. Atkinson*

Ann J. Atkinson, Esq.
7960 South Ireland Way
Aurora, CO 80016
(303) 680-1881
(303) 680-7891 (fax)
AtkinsonAJ@aol.com
Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Jessica Milano*
Jessica Milano
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant